UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAY CARUTHERS, | No. 2:15-cv-797-EFB P |
| Petitioner, | |
| v. | ORDER |
| PLEASANT VALLEY STATE PRISON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case is before the undersigned pursuant to consent of the parties. *See* 28 U.S.C. § 636; ECF Nos. 4, 10.

On July 9, 2015, respondent filed a motion to dismiss on the ground that the petition contains unexhausted claims. On August 25, 2015, the court informed petitioner of the requirements for filing an opposition to any motion to dismiss. That order gave petitioner 21 days to file an opposition or statement of non-opposition and warned him that failure to do so may result in this action being dismissed.

The 21 days have passed and petitioner has not filed an opposition or a statement of no opposition nor otherwise responded to the August 25, 2015 order.

/////

/////

1  Accordingly, this action is dismissed and no certificate of appealability shall issue.  Fed.
2  R. Civ. P. 41(b); Rules 11, 12, Rules Governing § 2254 Cases.
3  Dated:  September 28, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE